36 P.3d 812

# SUPREME COURT OF HAWAIʻI

State v. Kahakai ................................. 21562    11/26/2001    Vacated and
                                                                       Remanded

State v. Smith.................. 23823        11/29/2001  Denied